**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

THEODORE R. LAPUTKA, III,

    Plaintiff,

        v.

THE PENNSYLVANIA STATE

UNIVERSITY,

    Defendant.

CIVIL ACTION NO. 3:CV-11-1967

(JUDGE CAPUTO)

## ORDER

**NOW**, this 30th day of April, 2013, **IT IS HEREBY ORDERED** that:

(1)    Defendant The Pennsylvania State University's Motion to Compel Production of Documents (Doc. 22) and Plaintiff Theodore R. Laputka, III's Motion to Dismiss the Motion to Compel Production of Documents (Doc. 27) are **DENIED as moot** pursuant to the January 25, 2013 Telephone Conference.

(2)    Theodore R. Laputka, III's Motion to Strike Defendant's Statement of Material Facts (Doc. 39) is **DENIED**.

(3)    The Pennsylvania State University's Motion for Summary Judgment (Doc. 30) is **GRANTED**.

(4)    Judgment is **ENTERED** for The Pennsylvania State University and against Theodore R. Laputka, III on Count I of the Second Amended Complaint.

(5)    The Clerk of Court is directed to mark the case as **CLOSED**.


        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge